# INGA L. PARSONS
## CHRISTIAN J. URBANO*
### (of Counsel)

| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA  01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                              Christian@IngaParsonsLaw.com

**BY ECF**

February 17, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/20/2025___
```

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    *United States v Villafane* (Hernandez) , 21-cr-00093-VM

Dear Judge Marrero:

    I was appointed to represent Mr. Jose Hernandez in the above-referenced case which has a tremendous amount of  discovery including thousands  of documents as well as video/audio recordings and photographs and social media records.

    Counsel is writing to request approval for her associate Christian J. Urbano to work more than ten hours in this matter.  Mr. Urbano has been approved by judges in the Southern District of New York to work as an associate on a number of my CJA cases since 2016.  He graduated summa cum laude from Boston College Law School and has been practicing since 2000,

    Given the tremendous amount of discovery, Counsel respectfully requests approval for an initial one hundred ( 100) hours, without prejudice to request authority for additional time should it appear Mr. Urbano's hours will reasonably exceed 100  hours.

    The Associate rate is 80% of the federal CJA rate  making it $140 (2025)  and  $137.60 (2024).   Counsel had thought she had submitted this request as it was in her file but it does not appear on the record.   Counsel asks that this appointment be effective *nunc pro tunc* to my appointment date of April 4, 2024.

New York Office:  5 Columbus Circle, Ste. 710, New York, NY  10019

Hon. Victor Marrero                                    February 17, 2025
U.S. v. Hernandez                                            Page 2 of 2


Thank you for your time and consideration in this matter.

                                        Respectfully,

                                        */s/ Inga L. Parsons*

                                        Inga L. Parsons

cc:  All counsel of record via ECF



Request **GRANTED.**
CJA Counsel Christian Urbano is hereby
authorized to work 100 hours on this
matter, effective nunc pro tunc to April 4,
2024. .

**SO ORDERED.**

2/20/2025
DATE                         VICTOR MARRERO, U.S.D.J.