# INGA L. PARSONS
## CHRISTIAN J. URBANO*
### (of Counsel)

**Admitted to MA* NY WY**
**Federal Courts**
**U.S. Supreme Court**

**Attorneys at Law**
**3 Bessom St. No. 234**
**Marblehead, MA  01945**

**Tel: 781-581-2262**
**Fax: 888-406-9538**
**Cell: 781-910-1523**

**Inga@IngaParsonsLaw.com**

**Christian@IngaParsonsLaw.com**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____5/16/2025___
```

**BY ECF**

May 14, 2025

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

```
SO ORDERED.
5/16/2025
DATE            VICTOR MARRERO, U.S.D.J.
```

     Re:    *United States v Villafane* (Hernandez) , 21-cr-00093-VM

Dear Judge Marrero:

I write this letter in followup to my letter dated May 13, 2025 to appear by telephone or zoom at the May 16, 2025 status conference.  If that is not possible, Harvey Fishbein has graciously agreed to stand in for me if electronic appearance is not available and I respectfully request that he be permitted to do so.

Thank you for your time and consideration in this matter.

        Respectfully,

        */s/ Inga L. Parsons*

        Inga L. Parsons

cc:  All counsel of record via ECF

New York Office:  5 Columbus Circle, Ste. 710, New York, NY  10019