**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

          - against -

JOSE HERNANDEZ,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2025

**21 Cr. 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A change of counsel hearing for Defendant Jose Hernandez is hereby scheduled for June 20, 2025, at 2:00 PM in Courtroom 15B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    16 June 2025
           New York, New York

                                          _____
                                             Victor Marrero
                                                U.S.D.J.