USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

JOSE HERNANDEZ,

              Defendant.

**21 CR 93 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules the sentencing of defendant Jose Hernandez on September 11, 2026, at 3:00 PM.

**SO ORDERED.**

Dated:    11 June 2026
           New York, New York

                                        Victor Marrero
                                        U.S.D.J.