SHER TREMONTE LLP

September 1, 2026

**FILED *EX PARTE* VIA EMAIL**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 100007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/26

***Re:*** ***United States v. Jose Hernandez,*** **Case No. 21 Cr. 93 (VM)**

Dear Judge Marrero:

We represent Jose Hernandez, a defendant in the above-referenced action. We write to respectfully request a brief adjournment of Mr. Hernandez's sentencing deadline from September 3, 2026 to **September 8, 2026**. Mr. Hernandez's sentencing hearing is scheduled for September 11, 2026. The government consents to this request.

This adjournment is requested to give the defense additional time to gather additional records from Mr. Hernandez's family prior to sentencing. This is Mr. Hernandez's first request to adjourn the deadline of his sentencing submission.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Courtney Gans*

Courtney Gans
Michael Tremonte
Alexandra Conlon

SO ORDERED.
9/2/26
DATE
VICTOR MARRERO, U.S.D.J.